1  Name: Jessica Martinez
2  Address: 7570 N Figueroa St
3  Unit 1 Los Angeles CA 90041
4  Phone: (626) 406 6912
5  Fax: Martinez22o123@gmail.com
6  In Pro Per Jessica Martinez

FILED
2025 JAN 13 PM 3:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: CSA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Jessica Martinez

Plaintiff

v.

PIH Health Good Samaritan Hospital

Defendant(s).

CASE NUMBER:
2:25CV00332-MEMF (AGRx)

To be supplied by the Clerk of
The United States District Court

**COMPLAINT**
Racketeer influence and corrup org

CV-126 (09/09)  PLEADING PAGE FOR A COMPLAINT

On July 24 2024 I get Admited to PIH Health good Samaritan Hospital on 1230 W 6th St Los Angeles California 90017 I getting in the Hospital true ambulance After I have a Zeizure in the public transportation the First Day Everything was good they treat me good but the Second day they starter treat me Really bad Nurses, Doctors, Social Workers and Even People From Administration they was Denied me pain medication, they Also trying to Discharge me with My Platelets was Low they Put me on medication the they knew was have Side effects with My HIV Medication which is Depakote with Zyntuza they trying to Medicat me Also with Depakote Together with Kepra they can be killed me with those medication When they knew I was search about the Side affects they tried to Discharge me to the Street because I was Homeless at that time Finaly on the July 29 2024

1

a Social Worker come to see me and she told me they goingo to paid 10 Days In a Motel Hillsvilla Motel on 10801 S Wilmington in Los Angeles but before I get Discharged they treat me with No Respect and No Dignity they tried to Denied me Medical treatment I have Evidence because I Make 2 Grievances Against to the Hospital In this bad experience in this specific visit. to this Hospital because this is Not the Only time they Even Trying to Put my Mother In Law out because She was trying to help me they treat me with Discrimination Even they tried to teld me that If I don't paid cash in Advance they Not going to give me the treatment I call the Insurance And they told me is Not Restriction on my Medical I was have a lot Pain And they Denied to give me Even Tylenol to relief

2

My pain And that is a violation of law and Patient Rights particulary under the Emergency Medical treatment And active Labor Act (EMTALA) which was Passed by the US Congress in 1986 as a Part of Consolidated omnious, Reconciliation Act (cobra) And is considered negligence and Malpratice I going true this for years this Hospital is involved in Racketeering, Intimidation, Extortion, all this crimes including conspirancy, is a crime under a Rico case where government, Agetns, and officers are a Part of thus Aberrant and Inhumany acts Is Not Happens Only to Myself on December 25 2022 I bring my husband to this Hospital And his Life was in danger he was needed blood transfuction inmediality And they Denied him the blood transfuction And Also the Staff Harassment him, Insulted, Isolate, And Finaly he Leave the Hospital Againts

3

Medical Adviced do to AM the Discriminatory treatment he receive in this Hospital wich cause him a Deat or enforced Disaperance, because another Hospital where they told me and my mother in law that he pass away but we never get his body the negligence and Malpactic of this Hospital we Loose our Love one that is a Violation of our Human Rights the Right to Life and the Right to Medical treatment but Also Another of My Family members going true the same Situation She is My Son's Aunt she get Admited on the same Hospital on November 14 and she was have a Surgery to Removed hernia an the November 15 2024 at 4:30 PM they Do Her surgery and the Next Day earlier they want

4

to Discharged her but the surgery was open she was have Fever she pass out And she was also unhome I have to deal with that situation but they starter treat her with Discrimination and they Sended her to the same motel Where I was abuse in Differents ways but to her they Not Even Letting her getting on her Room one of the Employees Assaulted her and trowing her belongings to the ground And My ex Mother in law had to call the police and the ambulance come And take her back to Another Hospital Which was Martin Luter King For Another 4 days And she ended on another Facility For Recuperation and is illegal to Medical staff denied

5

Medical treatmen base on Race, Family Status, color or Disability the Hospital discriminate US because or Race also in my and my Partner we Are disable with My husban the hospital Commit the Following Violations Failure to stabilize a Patient with EMC, Hospital Failed to accep transfer to him with EMC All this actions Cause All of US, Emotional Distress, Intentional nfriction, Loose Property, Property Damage they even have a Sing said that No one Denied Medical treatment For have No way To Pay but In my case they asked me to Pay in Advance If I want to get Medical treatment my Partner is Maybe Deat or Maybe enforced to disapperance My Daugther is enforced to disapperance I been going True Psychological torture

6

Everyday Since my Daugther and my Partner are Not in home with us my Mother in law Suffer Everyday because She Don't know Where her son Are

My kids auntie is Still on Pain on her Surgery because She was Attaking in the Motel where this Hospital Sended her

my Former Mother in law is also Affected because her daugther was Discriminate And Assaulted where She supposed get Medical Treatmen is horrible how this Hospital make easy Money with the Patients but we don't get the Right Medical treatment we Requested to the US district court central district To Considere this Case because Maybe is much more Victims those who supposed Save Lifes Are the ones who Torture the Victims I Loose Not only my 2 Family member but Also this criminals Conspiracy to Distroy

7

or Damage our Property they intimidating us to us not Report this Abuses

We ask for Relief All ours Loos, Pain And the Intentional Infliction we go true Instead to get pain relief we ask For Also indemnization.

Thank You

*[signature]*